

Filed
Clerk of Court
United States District Court
By Morgan Akins
On:_____2/20/2026_____

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| BILLY RAY GEORGE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 325-117 |
| | ) | |
| CORRECTIONAL OFFICER JANE DOE; | ) | |
| LIEUTENANT JOHN DOE; and | ) | |
| CORE CIVIC OF AMERICA | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this _____20th_____ day of February, 2026, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE